CAUSA C. USUS



FILED
OCT 19 2009
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JUAN MORALES JAUREGUI, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 09-70262 HRL <br><br> [~~PROPOSED~~] ORDER DISMISSING COMPLAINT |

Upon application of the United States, and good cause having been shown therefor,

**IT IS HEREBY ORDERED** that the above-captioned complaint is **DISMISSED** and the arrest warrant issued thereupon **RECALLED**.

DATE: 10/19/09

HONORABLE ~~HOWARD R. LLOYD~~
United States Magistrate Judge

Distribute to:

HANLEY CHEW
Assistant United States Attorney

[PROPOSED]   ORDER                                          1